IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIGARAY DAIRY, et al.,<br><br>            Plaintiffs,<br>     v.<br><br>DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, et al.,<br><br>            Defendants. | 1:13-CV-1112  AWI MJS<br><br>ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |

   Defendants have noticed for hearing and decision a motion to dismiss.  The matter is scheduled for a hearing on September 23, 2013, at 1:30 p.m. in Courtroom No. 2.  Pursuant to the Local Rules, the Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 23, 2013, is VACATED, and the parties shall not appear at that time.  As of September 23, 2013, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 19, 2013                                   _____
                                                              SENIOR  DISTRICT  JUDGE