1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9
10
11

**IRIGARAY DAIRY, CHARLES VAN DER KOOI DAIRY, HENRY JONGSMA & SON DAIRY , and COW-WEST NORTH STAR DAIRY,**

**1:13-cv-1112 AWI MJS**

12

**Plaintiffs,**

13

**vs.**

**ORDER VACATING HEARING DATE OF APRIL 21, 2014, AND TAKING MATTER UNDER SUBMISSION**

14
15
16
17
18
19

**DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNIDED STATE OF AMERICA PENSION TRUST, and BOARD OF TRUSTEES OF THE DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST,**

20

**Defendants.**

21
22

In this action for declaratory relief, defendants, Dairy Employees Union Local No. 17

23

Christian Labor Association of the United States of America Pension Trust, et al. ("Defendants")

24

have filed and noticed a motion to dismiss the First Amended Complaint of plaintiffs, Irigaray

25

Dairy, et al. ("Plaintiffs").   The matter was set for oral argument to be held on April 21, 2014.

26

The court has reviewed Defendants' motion, Plaintiffs' oppositions and Defendants' reply and

27

has determined that the matters are suitable for decision without oral argument.  Local Rule 78-

28

230(h).

//

//

THEREFORE, it is hereby ORDERED that the hearing date of April 21, 2014, is hereby VACATED and no party shall appear on that date.  As of April 21, 2014, the court will take the matters under submission and will thereafter render its decision.

IT IS SO ORDERED.

Dated:  April 16, 2014          _____
                                SENIOR  DISTRICT  JUDGE