George M. Kraw (Cal. Bar No. 71551)
Donna L. Kirchner (Cal. Bar. No. 138320)
Katherine McDonough (Cal. Bar No. 241426)
KRAW AND KRAW LAW GROUP
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com
kmcdonough@kraw.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IRIGARAY DAIRY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAIRY EMPLOYEES UNION LOCAL )<br>NO. 17 CHRISTIAN LABOR )<br>ASSOCIATION OF THE UNITED )<br>STATES OF AMERICA PENSION )<br>TRUST, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No.: 1:13-CV-01112-AWI-MJS<br><br>**STIPULATION AND ORDER REGARDING BRIEFING AND HEARING OF DISCOVERY MOTIONS**<br><br><br>Honorable Magistrate Judge Seng |

   WHEREAS on June 2, 2014 the parties appeared by telephone before Magistrate Judge Seng for a pre-motion conference; and

   WHEREAS it was determined at the pre-motion conference that full briefing and hearing of the parties' discovery dispute is warranted; and

   WHEREAS Magistrate Judge Seng has given permission for Defendants to file a motion for a protective order and for Plaintiffs to file a motion to compel and for sanctions; and

1   WHEREAS Magistrate Judge Seng's standing order provides that, with regard to briefing
2 discovery motions, "The provisions of Local Rule 251 (b) though (f) will not apply unless the
3 Magistrate Judge so orders"; and
4   WHEREAS Judge Seng has not ordered that Local Rule 251 (b) though (f) apply to the
5 proposed motions; and
6   WHEREAS the parties have met and conferred regarding the briefing schedule and hearing
7 date and reached an agreement,
8   THEREFORE, it is hereby stipulated by the parties that:

1) the aforementioned motions shall be heard by telephone at 11:00 a.m. on August 7, 2014 concurrently with the Case Management Conference that is currently scheduled for that day and time;

2) the moving papers for each motion shall be filed no later than 21 days before the hearing;

3) the opposition papers for each motion shall be filed no later than 7 days before the hearing; and

4) no reply papers shall be filed absent leave of court.

Dated: June  6 , 2014        KRAW & KRAW LAW GROUP

                             ____/s/_____
                             Donna L. Kirchner, Esq.
                             Attorneys for Defendants

Dated: June  6 , 2014        SAGASER, WATKINS & WIELAND PC

                             ____/s/_____
                             Howard A. Sagaser,
                             Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:   June 11, 2014              /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE