George M. Kraw (Cal. Bar No. 71551)
Donna L. Kirchner (Cal. Bar No. 138320)
Katherine McDonough (Cal. Bar No. 241426)
Kraw and Kraw
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com
kmcdonough@kraw.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIGARAY DAIRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, et al., <br><br> Defendants. | Case No.: 1:13-CV-01112-AWI-MJS <br><br> **ORDER GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM FILING DEADLINE AND DEEMING REPLY BRIEF TO HAVE BEEN TIMELY FILED** |

On October 29, 2014, Defendants filed a request for relief from the filing deadline and for this Court to deem their reply brief to have been timely filed. Based on the request, and for good cause shown,

IT IS HEREBY ORDERED that Defendants' request is GRANTED. The reply brief filed by Defendants at 10 minutes past midnight on October 28, 2014 is deemed to be timely filed.

IT IS SO ORDERED.

Dated:   October 29, 2014                               _____
                                                              SENIOR  DISTRICT  JUDGE