George M. Kraw (Cal. Bar No. 71551)
Donna L. Kirchner (Cal. Bar No. 138320)
Katherine McDonough (Cal Bar No. 241426)
Kraw & Kraw
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com
kmcdonough@kraw.com

Counsel for Defendants/Counter-Claimants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IRIGARAY DAIRY, et al., | Case No.: 1:13-CV-01112-MJS |
| Plaintiffs/Counter-Defendants | **STIPULATED ORDER CONTINUING TRIAL AND PRETRIAL DATES** |
| v. | |
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, et al., | |
| Defendants/Counter-Claimants | |
| AND RELATED COUNTERCLAIM | |

WHEREAS Defendants intend to file by July 10, 2015, a motion for a protective order[1] either precluding or postponing any further depositions of its Trustees; and

WHEREAS the parties wish to conserve resources by continuing trial and pretrial preparations until after the court hears the motion for protective order; and

WHEREAS the parties stipulate that all remaining trial and pretrial dates and deadlines, including all discovery cutoffs and expert disclosure deadlines, should be continued for 10 weeks;

THEREFORE, the parties jointly request that the court enter an order approving their stipulation, and continuing for 10 weeks all remaining trial and pretrial dates and deadlines, including all discovery cutoffs and expert disclosure deadlines.

Dated: July  2 , 2015                                         KRAW & KRAW LAW GROUP

                         */s/ Donna Kirchner*_____
                         Donna L. Kirchner, Esq.
                         Attorneys for Defendants/Counter-Claimants

Dated: July  2 , 2015                                         SAGASER, WATKINS & WIELAND PC

                         */s/ Ian Wieland* (as authorized on 7/2/15)
                         Ian Wieland, Esq.
                         Attorneys for Plaintiffs/Counter-Defendants

---

[1] The parties had an informal telephone conference with Judge Seng regarding such a motion on June 18, 2015.

**ORDER**

Good cause appearing, the parties' **STIPULATED ORDER CONTINUING TRIAL** **PRETRIAL DATES** in Case No.: 1:13-CV-01112-MJS is accepted insofar as all discov[ery] and motion deadlines are hereby extended by a period of at least ten weeks from t[he] deadline date previously set.  The parties shall within 14 days of the date of this Or[der] submit a joint statement proposing definitive dates for all further proceedings in this [case.]

IT IS SO ORDERED.

Dated:   July 8, 2015                              /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE