George M. Kraw (California Bar No. 71551)
Donna L. Kirchner (California Bar No. 138320)
Katherine McDonough (California Bar No. 241426)
Kraw and Kraw Law Group
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
gkraw@kraw.com
dkirchner@kraw.com
kmcdonough@kraw.com

Counsel for Defendants/Counterclaimants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IRIGARAY DAIRY, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, et al. <br><br> Defendants. | Case No.: **C13-01112-MJS** <br><br> **JOINT STATEMENT RE SCHEDULE** |

Pursuant to this court's order of July 8, 2015, and pursuant to a request from Plaintiffs' counsel that the dates be further extended to which defense counsel has agreed, the parties submit the following proposal for the continued trial and pretrial dates:

Fact Discovery Cutoff ................................................................................................... 11/13/15

Designation of Experts with Reports ............................................................................. 12/14/15

Designation of Rebuttal Experts with Reports............................................................... 12/21/15

Expert Discovery Cutoff ................................................................................................. 1/13/16

Non-Dispositive Motion Filing Deadline………………….……………………….......2/12/16

  Dispositive Motion Filing Deadline .......................................................................... 3/14/16

  Dispositive Motion Hearing Deadline .................................................. 9:30 a.m on 5/6/16

  Final Pretrial Conference .................................................................. 11:00 a.m. on 6/24/16

  Court Trial ........................................................................................... 8:30 a.m. on 7/26/16

Respectfully submitted,

Dated: July _21_, 2015      KRAW & KRAW


               */s/ Donna Kirchner*
              Donna L. Kirchner, Esq.
              Attorneys for Defendants/Counterclaimants

Dated: July _21_, 2015      SAGASER, WATKINS & WIELAND PC


               */s/ Ian Wieland*   (as authorized 7/21/15)
              Ian Wieland, Esq.
              Attorneys for Plaintiffs/Counter-Defendants

**ORDER**

  Based on the foregoing, and good cause having been shown, the Court accepts and adopts the dates and schedule set forth above as proposed by the parties.

IT IS SO ORDERED.

  Dated:   July 26, 2015        /s/ *Michael J. Seng*
                 UNITED STATES MAGISTRATE JUDGE