George M. Kraw (California Bar No. 71551)
Donna L. Kirchner (California Bar No. 138320)
Katherine McDonough (California Bar No. 241426)
Kraw and Kraw Law Group
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
gkraw@kraw.com
dkirchner@kraw.com
kmcdonough@kraw.com

Counsel for Defendants/Counterclaimants:
Dairy Employees Union Local No. 17 Christian Labor Association
of the United States of America Pension Trust; and
Board of Trustees, Dairy Employees Union Local No. 17 Christian
Labor Association of the United States of America Pension Trust

UNITED STATES DISTRICT COURT
FRESNO DIVISION

| | |
|---|---|
| IRIGARAY DAIRY, ET AL., | Case No.:  1:13-CV-01112-MJS |
| Plaintiffs, | |
| v. | **AMENDED JUDGMENT** |
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, et al. | Honorable Michael J. Seng |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

On December 23, 2015, this Court granted Defendant's Motion for Summary Judgment and Judgment in favor of Defendant / Counterclaimants.  On March 7, 2016, this Court granted Defendant's Motion for Attorneys' Fees.  In accordance with the March 7th Order, the Judgment herein is amended to read as follows:

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in

[proposed] Amended Judgment
CASE NO.: 1:13-CV-01112-MJS                              Page 1

favor of Defendants / Counterclaimants and against Plaintiffs / Counterdefendants as follows:

      1) Judgment is hereby entered in accordance with the Court's order filed on December 23, 2015; and

      2) Pursuant to 29 U.S.C. § 1132(g)(2)(D), Defendants / Counterclaimants are awarded attorneys' fees in the amount of $110,730.92 and non-taxable costs in the amount of $970.76 for a total of $111,701.68 for which Plaintiffs / Counterdefendants are jointly and severally liable.

IT IS SO ORDERED.

Dated:  April 12, 2016            /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE