Howard A. Sagaser, State Bar No. 72492
Ian B. Wieland, State Bar No. 285721
**SAGASER, WATKINS & WIELAND PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Plaintiffs, IRIGARAY DAIRY, CHARLES VAN DER KOOI DAIRY, HENRY JONGSMA & SON DAIRY and COW-WEST NORTH STAR DAIRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIGARAY DAIRY, CHARLES VAN DER KOOI DAIRY, HENRY JONGSMA & SON DAIRY and COW-WEST NORTH STAR DAIRY,<br><br>Plaintiff,<br><br>v.<br><br>DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST,<br><br>and<br><br>BOARD OF TRUSTEES OF THE DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST,<br><br>Defendants. | Case No.   1:13-CV-01112-AWI-MJS<br><br>**ORDER APPROVING SUPERSEDEAS BOND PURSUANT TO RULE 62 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Having considered Plaintiffs Irigaray Dairy, Charles Van Der Kooi Diary, Henry Jongsma & Son Dairy and Cow-West North Star Diary's Request for Approval of Signed Supersedeas Bond Pursuant to Rule 62 of the Federal Rules of Civil Procedure, the Declaration of Ian B. Wieland ("Wieland Decl.") and **Exhibit A** thereto:

///

IT IS HEREBY ORDERED THAT: Plaintiffs' request is GRANTED. The signed supersedeas bond attached as **Exhibit A** to the Wieland Decl. is approved and the Amended Judgment dated April 14, 2016 is stayed pending disposition of Plaintiffs' appeal filed in the United States Ninth Circuit Court of Appeal.

IT IS SO ORDERED.

Dated:   July 29, 2016              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE